M. P. No. 73-197. IN RE MICHAEL MANOOG JULIAN. Petition brought by Michael Manoog Desdegulian, an attorney in this state, to obtain permission to practice law under the name of Michael Manoog Julian, to conform with his name as changed by decree of the Probate Court of the City of Pawtucket dated May 23, 1973. It is ordered that the prayer of the petition be granted, that petitioner henceforth be permitted to practice law solely under the name of Michael Manoog Julian, and that the pertinent records of this court with respect to the certificate of admission be amended to show such change in petitioner's name. Joslin, J., not participating. *Michael Manoog Julian,* petitioner, pro se.

M. P. No. 73-201. WAYNE R. BRADY *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file his answer to the petition for habeas corpus for the purpose of admitting petitioner to bail and therein to *show cause,* if any, why the writ should not issue as prayed, answer to be made in compliance with the provisions of Rule 14. Joslin, J., not participating. *Leo Patrick McGowan,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.

Ex. &c. No. 1566. STATE *v.* MAURICE R. LERNER. Motion of defendant to strike State's supplemental brief and affidavits annexed thereto is denied. Powers, J., participated in the order but retired prior to its announcement. Paolino, Joslin, and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Ronald Chisholm,* Boston, Mass., *Raymond J. Daniels,* for defendant.